IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TIMOTHY THURSTON | § | |
| Plaintiff | § | |
| v. | § | Case No. 5:19cv150 |
| TEXARKANA, TEXAS POLICE DEPARTMENT, ET AL. | § | |
| Defendants. | § | |

## ORDER

Plaintiff Timothy Thurston, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

After review of the pleadings, the Magistrate Judge issued a Report on July 22, 2021, recommending dismissal of this lawsuit as duplicative of another case filed by Plaintiff and for failure to state a claim upon which relief may be granted. Docket No. 30. A copy of this Report was sent to Plaintiff at his last known address, return receipt requested, but no objections have been received. Accordingly, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 30) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** as duplicative and for failure to state a claim upon which relief may be granted.  It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of September, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE